UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGG MARCHAND,<br><br>          Plaintiff,<br>   v.<br><br>ERIK SIMONSON, CITY OF WILLIMANTIC and TOWN OF WINDHAM,<br><br>          Defendants. | 3:11 - CV - 348 (CSH)<br><br><br><br><br>MAY 6, 2013 |

### RULING ON PLAINTIFF'S MOTIONS FOR ORDERS

**HAIGHT, Senior District Judge:**

Plaintiff Gregg Marchand, appearing *pro se*, has filed three recent motions: Doc. 93, Doc. 94, and Doc. 101. Each motion relates, in one way or another, to the hearing that will be conducted on June 25, 2013, pursuant to the Court's prior Order [Doc. 97], familiarity with which is assumed.

Plaintiff's motions filed as Doc. 93 and Doc. 94 are both DENIED AS MOOT. The relief prayed for in those motions duplicates and is covered by the questions that will be addressed during the June 25 hearing, as set forth in the Order, Doc. 97.

Plaintiff's motion filed as Doc. 101 prays for an order granting Plaintiff leave to serve a subpoena upon the Tazer Corporation, a Texas corporation, by certified United States mail. That motion is GRANTED and Plaintiff may proceed accordingly.

It is SO ORDERED.

Dated: New Haven, Connecticut
       May 6, 2013

                                   */s/Charles S. Haight, Jr.*
                                   Charles S. Haight, Jr.
                                   Senior United States District Judge